1  FRANK D. POND (Bar No. 126191)
   KEVIN D. JAMISON (Bar No. 222105)
2  kjamison@pondnorth.com
   GAVIN D. WHITIS (Bar No. 184133)
3  gwhitis@pondnorth.com
   JUSTIN F. CRONIN (Bar No. 260188)
4  jcronin@pondnorth.com
   POND NORTH LLP
5  350 South Grand Avenue, Suite 3300
   Los Angeles, CA 90071
6  Telephone: (213) 617-6170
   Facsimile: (213) 623-3594
7
   Attorneys for Defendant
8  CBS Corporation, a Delaware
   corporation, f/k/a Viacom Inc., successor
9  by merger to CBS Corporation, a
   Pennsylvania corporation, f/k/a
10 Westinghouse Electric Corporation

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK J. CUNNINGHAM and BRENDA CUNNINGHAM, <br><br> Plaintiffs, <br><br> vs. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants. | Case No: 2:16-cv-06929-GW-JEM <br><br> (~~PROPOSED~~) ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER RE PRODUCTION OF SHIP DOCUMENTS <br><br> [Removed from Los Angeles County Superior Court Case No. BC630503] <br><br> Judge: Hon. George H. Wu <br> Courtroom: 10 <br><br> Complaint Filed: August 12, 2016 <br> Removal Filed: September 14, 2016 <br> Trial Date: August 8, 2017 |

The Court, having reviewed the parties' Stipulation for Protective Order regarding documents pertaining to the ships identified in the attached <u>Exhibit A</u>, and having considered the relevant factors, hereby finds good cause to maintain the confidentiality of the subject materials.

1

1  IT IS ORDERED that all parties signing the Stipulation for Protective Order re Ship Documents are bound to its terms, and that pursuant to the aforementioned Stipulation, the relevant documents pertaining to the ships identified in the attached <u>Exhibit A</u> shall be marked and disclosed in full compliance with the applicable U.S. Export Administration Regulations ("EAR"), the International Traffic in Arms Regulations ("ITAR"), and the export control laws of the U.S. Government (documents and information subject to such laws are referred to collectively as "export controlled documentation"), as set forth in the Stipulation. The terms of the Stipulation and this Order shall supplement the terms of the Protective Order already in place in this action [Doc. No. 86] and not alter or affect the terms of that prior Protective Order as applied to non-EAR and/or ITAR documents, information, and materials.

IT IS FURTHER ORDERED that all disputes over the designation of any document, as set forth in paragraph 5 of the Stipulation, shall be brought before this Court in a regularly-noticed motion in accordance with the local rules.

IT IS SO ORDERED.

Dated: March 16, 2017

~~The Honorable George Wu~~
~~Judge of the United States District Court for the~~
~~Central District of California~~
**JOHN E. McDERMOTT**
**UNITED STATES MAGISTRATE JUDGE**