Samuel J, Moorhead (CA SBN 311638)
smoorhead@napolilaw.com
Patrick N. Haines (Admitted Pro Hac Vice)
phaines@napolilaw.com
**NAPOLI SHKOLNIK PLLC**
525 South Douglas Street, Suite 260
El Segundo, CA 90245
T: (310) 331-8224
F: (310) 582-5290

Attorneys for Plaintiffs
JACK CUNNINGHAM AND BRENDA CUNNINGHAM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK CUNNINGHAM and BRENDA CUNNINGHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. CV 16-6929-GW(JEMx)<br><br>*Hon. George H. Wu*<br><br>*Transferor Court: Los Angeles County Superior Court, Case No. BC630503*<br><br>**ORDER RE: STIPULATION TO DISMISS CASE**<br><br>Complaint Filed: August 12, 2016<br>Removal Filed: September 14, 2016<br>Trial Date: Vacated |

Pursuant to the signed stipulation in this matter, it is hereby ordered that Case No. CV 16-6929-GW(JEMx) is dismissed with prejudice.

Dated: October 24, 2017

By: _____
GEORGE H. WU, U.S. District Judge

[PROPOSED] ORDER RE: STIPULATION TO DISMISS CASE